

# United States District Court
# Eastern District of California

**Pacific Environmental Advocates, LLC**

Plaintiff(s)

V.

**ReConserve of California--Stockton, Inc.**

Defendant(s)

Case Number: **2:24-cv-03113-DC-SCR**

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Sharon O. Jacobs** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**ReConserve of California--Stockton, Inc.**

On **04/19/1991** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Tennessee** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **12/02/2024**          Signature of Applicant: /s/ **Sharon O. Jacobs**

**Pro Hac Vice Attorney**

Applicant's Name: Sharon O. Jacobs
Law Firm Name: Dickinson Wright, PLLC
Address: 424 Church Street
Suite 800
City: Nashville   State: TN   Zip: 37219
Phone Number w/Area Code: (615) 620-1756
City and State of Residence: Nashville, Tennessee
Primary E-mail Address: sojacobs@dickinson-wright.com
Secondary E-mail Address: dsolis@dickinson-wright.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kimberly F. Whitfield
Law Firm Name: Dickinson Wright, PLLC
Address: 615 National Avenue
Suite 220
City: Mountain View   State: CA   Zip: 94043
Phone Number w/Area Code: 408-701-6122   Bar #: 179717

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/4/2024

Dena Coggins
United States District Judge