KIMBERLY F. WHITFIELD (SBN #179717)
SHARON O. JACOBS (PRO HAC VICE)
KEVIN G. DESHARNAIS (PRO HAC VICE)
DICKINSON WRIGHT PLLC
615 National Avenue, Ste 220
Mountain View, CA 94043
Tel: 408-701-6122
Fax: 844-670-6009
Email:  kwhitfield@dickinsonwright.com
        sojacobs@dickinsonwright.com
        kdesharnais@dickinsonwright.com
*Attorneys for Defendant ReConserve*
*of California – Stockton, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ENVIRONMENTAL ADVOCATES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RECONSERVE OF CALIFORNIA – STOCKTON, INC., and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-03113-DC-SCR<br><br>**NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: February 21, 2025<br>Time: 1:30 p.m.<br>Dept: 8<br>Judge: Hon. Dena M. Coggins |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, February 21, 2025 at 1:30p.m., or as soon thereafter as this matter can be heard before the Honorable Judge Dena M. Coggins of the United States District Court for Eastern District of California, in Courtroom 8 on the 13th Floor of 501 I Street, Sacramento, CA 95814, Defendant ReConserve of California – Stockton, Inc. will and hereby moves, for an order dismissing all claims against ReConserve in this action with prejudice ("Motion").

This Motion is brought pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, on the basis that this Court lacks subject matter jurisdiction and plaintiff lacks

standing to bring the claims alleged in plaintiff's complaint, as well as Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the basis that plaintiff's complaint fails to state a claim upon which a relief can be granted, and Rule 12(b)(7) for a failure to join indispensable parties.

This Motion is based on this Notice of Motion, Motion, the Memorandum of Points and Authorities filed herewith in support of this Motion, on all records and papers filed in this action, and upon such oral argument and submissions that may be presented at or before the hearing of this Motion.

Dated: January 13, 2025

/s/ Kimberly F. Whitfield
KIMBERLY F. WHITFIELD (SBN #179717)
SHARON O. JACOBS (PRO HAC VICE)
KEVIN G. DESHARNAIS (PRO HAC VICE)
DICKINSON WRIGHT PLLC
615 National Avenue, Ste 220
Mountain View, CA 94043
Tel: 408-701-6122
Fax: 844-670-6009
Email:  kwhitfield@dickinsonwright.com
        sojacobs@dickinsonwright.com
        kdesharnais@dickinsonwright.com
Attorneys for Defendant ReConserve
of California – Stockton, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served this 13th day of January, 2025, to the following via the Court's CM/ECF system:

Xhavin Sinha (CA Bar #309340)
SINHA LAW
3901 Lick Mill Blvd. Ste. 356
Santa Clara, CA 95054
Tel.: 408-791-0432
Attorney for Plaintiff


 */s/ Kimberly F. Whitfield*
KIMBERLY F. WHITFIELD

Notice of Motion to Dismiss
CASE NO: 2:24-cv-03113-DC-SCR